# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2015

*The Court of Appeals hereby passes the following order*

**A15D0423. FARRIS G. SMITH v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

C0312121



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, June 15, 2015.*

  *I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*